*14 CV 083*
*Schofield*
*Dolinger*

JS 44C/SDNY
REV. 1/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special Financing, Inc. | Wellmont Health System |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| David S. Cohen, Millbank, Tweed, Hadley & McCloy, LLP, 1850 K Street NW, Suite 1100, Washington DC 20006, 202-835-7586 | Patrick Darby, Stewart M. Cox, Sean Michael Solomon, Bradley Arant Boult Cumming, LLP, 1819 Fifth Avenue North, Birmingham, AL 35203, Telephone: 205-521-8000, Facsimile: 205-521-8800 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Motion to the automatic reference to the Bankruptcy Court under 28 U.S.C. 157(d)

Has this or a similar case been previously filed in SDNY at any time? No ☐   Yes ☒   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No ☒   Yes ☐

*13-1719 #13*

(PLACE AN [x] IN ONE BOX ONLY)   **NATURE OF SUIT**

**TORTS**                              **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ]110 INSURANCE | [ ]310 AIRPLANE | [ ]362 PERSONAL INJURY - MED MALPRACTICE | [ ]610 AGRICULTURE | [ ]422 APPEAL 28 USC 158 | [ ]400 STATE REAPPORTIONMENT |
| [ ]120 MARINE | [ ]315 AIRPLANE PRODUCT LIABILITY | [ ]365 PERSONAL INJURY PRODUCT LIABILITY | [ ]620 OTHER FOOD & DRUG | [X]423 WITHDRAWAL 28 USC 157 | [ ]410 ANTITRUST |
| [ ]130 MILLER ACT | [ ]320 ASSAULT, LIBEL & SLANDER | [ ]368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ]625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | [ ]430 BANKS & BANKING |
| [ ]140. NEGOTIABLE INSTRUMENT | [ ]330 FEDERAL EMPLOYERS' LIABILITY | | [ ]630 LIQUOR LAWS | PROPERTY RIGHTS | [ ]450 COMMERCE |
| [ ]150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ]340 MARINE | PERSONAL PROPERTY | [ ]640 RR & TRUCK | [ ]820 COPYRIGHTS | [ ]460 DEPORTATION |
| [ ]151 MEDICARE ACT | [ ]345 MARINE PRODUCT LIABILITY | [ ]370 OTHER FRAUD | [ ]650 AIRLINE REGS | [ ]830 PATENT | [ ]470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ]152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ]350 MOTOR VEHICLE | [ ]371 TRUTH IN LENDING | [ ]660 OCCUPATIONAL SAFETY/HEALTH | [ ]840 TRADEMARK | [ ]480 CONSUMER CREDIT |
| | [ ]355 MOTOR VEHICLE PRODUCT LIABILITY | [ ]380 OTHER PERSONAL PROPERTY DAMAGE | [ ]690 OTHER | | [ ]490 CABLE/SATELLITE TV |
| [ ]153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ]360 OTHER PERSONAL INJURY | [ ]385 PROPERTY DAMAGE PRODUCT LIABILITY | LABOR | SOCIAL SECURITY | [ ]810 SELECTIVE SERVICE |
| | | | | [ ]861 HIA (1395ff) | [ ]850 SECURITIES/COMMODITIES/EXCHANGE |
| [ ]160 STOCKHOLDERS SUITS | | | [ ]710 FAIR LABOR STANDARDS ACT | [ ]862 BLACK LUNG (923) | [ ]875 CUSTOMER CHALLENGE 12 USC 3410 |
| [x]190 OTHER CONTRACT | | PRISONER PETITIONS | [ ]720 LABOR/MGMT RELATIONS | [ ]863 DIWC/DIWW (405(g)) | [ ]890 OTHER STATUTORY ACTIONS |
| [ ]195 CONTRACT PRODUCT LIABILITY | ACTIONS UNDER STATUTES | [ ]510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ]730 LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ]864 SSID TITLE XVI | [ ]891 AGRICULTURAL ACTS |
| [ ]196 FRANCHISE | CIVIL RIGHTS | [ ]530 HABEAS CORPUS | [ ]740 RAILWAY LABOR ACT | [ ]865 RSI (405(g)) | [ ]892 ECONOMIC STABILIZATION ACT |
| | [ ]441 VOTING | [ ]535 DEATH PENALTY | [ ]790 OTHER LABOR LITIGATION | FEDERAL TAX SUITS | [ ]893 ENVIRONMENTAL MATTERS |
| | [ ]442 EMPLOYMENT | [ ]540 MANDAMUS & OTHER | [ ]791 EMPL RET INC SECURITY ACT | [ ]870 TAXES (U.S. Plaintiff or Defendant) | [ ]894 ENERGY ALLOCATION ACT |
| REAL PROPERTY | [ ]443 HOUSING/ACCOMMODATIONS | | IMMIGRATION | [ ]871 IRS-THIRD PARTY 26 USC 7609 | [ ]895 FREEDOM OF INFORMATION ACT |
| [ ]210 LAND CONDEMNATION | [ ]444 WELFARE | PRISONER CIVIL RIGHTS | | | [ ]900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ]220 FORECLOSURE | [ ]445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ]550 CIVIL RIGHTS | [ ]462 NATURALIZATION APPLICATION | | |
| [ ]230 RENT LEASE & EJECTMENT | | [ ]555 PRISON CONDITION | [ ]463 HABEAS CORPUS-ALIEN DETAINEE | | [ ]950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ]240 TORTS TO LAND | [ ]446 AMERICANS WITH DISABILITIES -OTHER | | [ ]465 OTHER IMMIGRATION ACTIONS | | |
| [ ]245 TORT PRODUCT LIABILITY | [ ]440 OTHER CIVIL RIGHTS (Non-Prisoner) | | | | |
| [ ]290 ALL OTHER REAL PROPERTY | | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)*

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS   [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 2/20/14   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[x] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)