**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special Financing Inc., | Adv. Proc. No. 13-01719 |
| Plaintiffs, | |
| v. | |
| Wellmont Health System, | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Joshua Daniel Johnson, to be admitted, *pro hac vice*, to represent Wellmont Health System, (the "Client") a defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Alabama and admitted to practice in the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, it is hereby

**ORDERED**, that Joshua Daniel Johnson is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: March 21, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE